**MANDATE**

S.D.N.Y. – N.Y.C.
18-cr-834
Engelmayer, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of August, two thousand twenty-one.

Present:
> Richard J. Sullivan,
> Michael H. Park,
> Steven J. Menashi,
> *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Aug 23 2021

United States of America,

*Appellee*,

v.

Jamel Jones, AKA Mel Murda, et al.,

*Defendants*,

Kifano Jordan, AKA Shotti, Roland Martin, AKA Ro Murda, Aaron Young,

*Defendants-Appellants*.

19-3032 (L),
19-3365 (Con)

_____

Jeffrey Lichtman, counsel for Appellant Kifano Jordan, and Michael Schacter, counsel for Appellant Roland Martin, move for permission to withdraw as counsel pursuant to *Anders v. California*, 386 U.S. 738 (1967). The Government opposes Lichtman's motion, and it moves to dismiss Martin's appeal or for summary affirmance of Martin's conviction and sentence.

Upon due consideration, it is hereby ORDERED that Lichtman's *Anders* motion is DENIED and that Lichtman shall move to withdraw, consistent with the requirements of Second Circuit Local Rule 4.1(d), within 21 days of this order. If Jordan wishes to have counsel appointed under the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006(A), that motion shall include a completed application for appointment of counsel. *See* 2d Cir. Local Rule. 4.1(d)(2)(B). The parties shall brief, along with any other issue, whether the predicate offenses for Jordan's two convictions under 18 U.S.C. § 924(c) are "crimes of violence" under that statute.

**MANDATE ISSUED ON 08/23/2021**

It is further ORDERED that Schacter's *Anders* motion is GRANTED, the Government's motion to dismiss Martin's appeal is GRANTED with respect to the terms of incarceration and supervised release, and its motion for summary affirmance is GRANTED with respect to the conviction, special conditions of supervised release, and special assessment.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit