UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ROLAND MARTIN,

Defendant.

18-CR-834-07 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received a pro se letter from defendant Roland Martin seeking the appointment of counsel to assist him in preparing a third motion for compassionate release.  See Dkt. 611.  Substantially for the reasons set forth in the Court's order denying the second such motion, see Dkt. 591, the Court believes that Mr. Martin's release at this time would be premature, and therefore is not persuaded that a motion for release at this time would likely be meritorious.  The Court accordingly declines at this time to appoint pro bono counsel to assist with such a motion.   The Court, however, does expect, later in Mr. Martin's term of imprisonment, to be receptive to a motion for sentence reduction based on the unexpectedly rigorous nature of his tenure in prison as a result of the Covid-19 outbreak.

The Clerk of Court is requested to terminate the motion at Dkt. No. 611. The Clerk of Court is also requested to mail a copy of this order to the defendant at the following address:

Roland Martin 91256-054
Federal Correctional Institution Schuylkill
P.O. Box 759
Minersville, PA 17954-0759

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: September 16, 2021
      New York, New York