UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ROLAND MARTIN,

                        Defendant.

18-CR-834-07 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court directs the Government to respond to defendant Roland Martin's renewed motion (Dkt. No. 614) by Friday, January 28, 2022.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: January 21, 2022
       New York, New York